UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN GOODRICH,<br>         Plaintiff(s),<br>v.<br>CALLVILLE BAY RESORT & MARINA, et al.,<br>         Defendant(s). | Case No.: 2:20-cv-00671-JCM-NJK<br><br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than June 5, 2020.

IT IS SO ORDERED.

Dated: June 2, 2020

_____
Nancy J. Koppe
United States Magistrate Judge