STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
ksmith@lawhjc.com
JONATHAN A. RICH, ESQ.
Nevada Bar No. 15312
jrich@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Third-Party Defendant*
*MATTHIAS HORCH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAUN GOODRICH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRG ENTERPRISES, LLC, a Montana Limited Liability Company doing business as MACKENZIE RIVER; CALLVILLE BAY RESORT & MARINE, a Nevada Entity; FOREVER RESORTS LLC, an Arizona Limited Liability Company; DOES I-X unknown persons; and ROE Corporation I-X,<br><br>Defendants.| CASE NO. 2:20-cv-00671-JCM-NJK<br><br><br><br><br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL FOR THIRD-PARTY DEFENDANT MATTHIAS HORCH** |
| CALLVILLE BAY RESORT & MARINA; and FOREVER RESORTS, LLC,<br><br>Third-Party Claimants,<br><br>vs.<br><br>MATTHIAS HORCH,<br><br>Third-Party Defendant. | |
| AND ALL RELATED CROSS-ACTIONS | |

Third-Party Defendant Matthias Horch ("Horch") hereby stipulates and agrees to substitute Steven T. Jaffe, Esq., Kevin S. Smith, Esq., and Jonathan A. Rich, Esq., of Hall Jaffe & Clayton, LLP, as his counsel of record in place and instead of Craig R. Anderson, Esq., and James A. Beckstrom, Esq., of the law of Marquis Aurbach Coffing. Attached and incorporated herein are the signatures of Horch and of counsel approving the Substitution of Counsel.

All parties are in agreement that the law firm of Hall Jaffe & Clayton, LLP hereby be substituted as counsel for Horch in the above-entitled action in the place and stead of Marquis Aurbach Coffing.

Pursuant to Local Rule IA 11-6, Horch requests entry of an order by this Court approving this substitution. Horch does not believe that any delay of discovery, trial, or any hearings will result from the substitution. No trial setting has been made and discovery is ongoing.

DATED this ___ day of December, 2020.

By: _____
    MATTHIAS HORCH

Marquis Aurbach Coffing hereby agrees and consent to the substitution of Hall Jaffe & Clayton, LLP as the counsel of record for Third-Party Defendant Matthias Horch in this matter.

DATED this 16th day of December, 2020.

MARQUIS AURBACH COFFING

By: */s/ James A. Beckstrom, Esq.*
    CRAIG R. ANDERSON, ESQ.
    Nevada Bar No. 6882
    JAMES A. BECKSTROM, ESQ.
    Nevada Bar No. 14032
    10001 Park Run Drive
    Las Vegas, Nevada 89145

1  Third-Party Defendant MATTHIAS HORCH, hereby substitutes Steven T. Jaffe, Esq., Kevin S. Smith, Esq., and Jonathan A. Rich, Esq., of Hall Jaffe & Clayton, LLP, as his attorneys of record in place and instead of Craig R. Anderson, Esq., and James A. Beckstrom, Esq., of the law firm of Marquis Aurbach Coffing.

DATED this 12 day of December, 2020.

By: _____
MATTHIAS HORCH

Marquis Aurbach Coffing hereby agrees and consents to the substitution of Hall Jaffe & Clayton, LLP as the attorneys of record for Third-Party Defendant MATTHIAS HORCH in this matter.

DATED this ___ day of December, 2020.

MARQUIS AURBACH COFFING

By: _____
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JAMES A. BECKSTROM, ESQ.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145

DATED this ___ day of December, 2020.

HALL JAFFE & CLAYTON, LLP

By: _____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
JONATHAN A. RICH, ESQ.
Nevada Bar No. 15312
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Third-Party Defendant Matthias Horch*

2

1    Hall Jaffe & Clayton, LLP hereby accepts the above substitution as counsel for Third-
2  Party Defendant Matthias Horch in this action and acknowledge Local Rule IA 11-6 in so
3  substituting.
4    DATED this 16th day of December, 2020.

HALL JAFFE & CLAYTON, LLP

By: */s/ Steven T. Jaffe, Esq.*
    STEVEN T. JAFFE, ESQ.
    Nevada Bar No. 7035
    KEVIN S. SMITH, ESQ.
    Nevada Bar No. 7184
    JONATHAN A. RICH, ESQ.
    Nevada Bar No. 15312
    7425 Peak Drive
    Las Vegas, Nevada 89128
    *Attorneys for Third-Party Defendant*
    *Matthias Horch*

IT IS SO ORDERED.

Dated: December 17, 2020

_____
United States Magistrate Judge

3