JOSH COLE AICKLEN
Nevada Bar No. 07254
Josh.Aicklen@lewisbrisbois.com
JENNIFER R. LANAHAN
Nevada Bar No. 14561
Jennifer.Lanahan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant/Cross-Defendant/Cross-Claimant
GRG ENTERPRISES, LLC d/b/a MACKENZIE RIVER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN GOODRICH, an Individual, | CASE NO. 2:20-cv-00671-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GRG ENTERPRISES, LLC, a Montana Limited Liability Company doing business as MACKENZIE RIVER; CALLVILLE BAY RESORT & MARINA, a Nevada Entity; FOREVER RESORTS LLC, an Arizona Limited Liability Company; DOES I-X, unknown persons; and ROE Corporation I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff SHAUN GOODRICH, by and through his counsel of record RYAN ALEXANDER, Esq., and Defendant GRG ENTERPRISES, LLC d/b/a MACKENZIE RIVER, by and through his attorneys of record, Josh Cole Aicklen, Esq. and Jennifer R. Lanahan, Esq., that the above-entitled action shall be dismissed with prejudice as to GRG ENTERPRISES, LLC d/b/a MACKENZIE RIVER Defendant only, with each of the parties to bear their own costs and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that all pending pleadings and any and all hearings in this matter shall be vacated as to GRG ENTERPRISES, LLC d/b/a MACKENZIE RIVER only.

DATED this 18th day of February, 2021.                    DATED this 18th day of February, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP                       RYAN ALEXANDER CHTD.

/S/ *Josh Cole Aicklen*                                   /s/Ryan E. Alexander

JOSH COLE AICKLEN                                         RYAN E. ALEXANDER, ESQ.
Nevada Bar No. 07254                                      Nevada Bar No. 10845
6385 S. Rainbow Boulevard, Suite 600                      3017 West Charleston Blvd., Suite 58
Las Vegas, Nevada 89118                                   Las Vegas, NV 89102
Tel. 702.893.3383                                         Telephone: 702-888-3311
Attorneys for Defendant                                   Attorneys for Plaintiff SHAUN
GRG ENTERPRISES, LLC d/b/a MACKENZIE                      GOODRICH
RIVER

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action shall be dismissed as to all parties, with prejudice, each of the parties to bear their own costs and attorney's fees.

DATED March 1, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Josh Cole Aicklen*
_____
JOSH COLE AICKLEN
Nevada Bar No. 07254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendants GRG ENTERPRISES, LLC
d/b/a MACKENZIE RIVER

**Abrante, Tina**

| | |
|---|---|
| **From:** | Ryan Alexander <ryan@ryanalexander.us> |
| **Sent:** | Thursday, February 18, 2021 10:42 AM |
| **To:** | Abrante, Tina |
| **Cc:** | Emily Alexander; Lanahan, Jennifer |
| **Subject:** | [EXT] Re: Goodrich v. GRG / 26198-1180 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes, you may e-sign for me. Thank you!
Ryan

On Thu, Feb 18, 2021 at 10:23 AM Abrante, Tina <Tina.Abrante@lewisbrisbois.com> wrote:

> Hi Ryan,
>
> Emily just came by and picked up the remaining settlement money.  Do I have your permission to put your e-signature on the Stipulation and Order re Dismissal and submit to the court?  I look forward to hearing from you.
>
> 
>
> **Tina M. Abrante, Legal Assistant to**
> **Mark J. Brown, Esq. and**
>
> **Jennifer R. Lanahan, Esq.**
>
> Tina.Abrante@lewisbrisbois.com
>
> **T: 702.693.4397  F: 702.893.3789 C: 323.605.4803**
>
> 6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  LewisBrisbois.com
>
> Representing clients from coast to coast. View our nationwide locations.
>
> This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.