JOSH COLE AICKLEN
Nevada Bar No. 7254
Josh.Aicklen@lewisbrisbois.com
JENNIFER R. LANAHAN
Nevada Bar No. 14561
Jennifer.Lanahan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant/Cross-Defendant/Cross-Claimant
GRG ENTERPRISES, LLC d/b/a MACKENZIE RIVER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN GOODRICH, an Individual,<br><br>             Plaintiff,<br><br>vs.<br><br>GRG ENTERPRISES, LLC, a Montana Limited Liability Company doing business as MACKENZIE RIVER; CALLVILLE BAY RESORT & MARINA, a Nevada Entity; FOREVER RESORTS LLC, an Arizona Limited Liability Company; DOES I-X, unknown persons; and ROE Corporation I-X,<br><br>             Defendants. | CASE NO. 2:20-cv-00671-JCM-NJK<br><br>**DEFENDANT GRG ENTERPRISES, LLC'S MOTION TO BE REMOVED FROM SERVICE LIST** |

COMES NOW, Defendant GRG ENTERPRISES, LLC, by and through its counsel of record, Josh Cole Aicklen, Esq. and Jennifer R. Lanahan, Esq., and hereby moves this Court for an Order removing GRG ENTERPRISES, LLC from the electronic service and mailing lists for the above-captioned case. Defendant GRG ENTERPRISES, LLC was dismissed from this matter on March 8, 2021.

/ / /

/ / /

4810-9777-6120.1

1     <u>See</u> Stipulation and Order to Dismiss with Prejudice, a true and correct copy of which is attached hereto as **Exhibit 1**.

DATED this 25th day of August, 2021.

    Respectfully submitted,

    LEWIS BRISBOIS BISGAARD & SMITH LLP

    By:   /s/ Josh Cole Aicklen
          JOSH COLE AICKLEN
          Nevada Bar No. 7254
          JENNIFER R. LANAHAN
          Nevada Bar No. 14561
          6385 S. Rainbow Boulevard, Suite 600
          Las Vegas, Nevada 89118
          Tel. 702.893.3383
          Attorneys for Defendant
          GRG ENTERPRISES, LLC d/b/a MACKENZIE RIVER

**ORDER**

**IT IS SO ORDERED.**

DATED: August 26, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4810-9777-6120.1          2