RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAUN GOODRICH, an Individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALLVILLE BAY RESORT & MARINA, a Nevada Entity; FOREVER RESORTS LLC, an Arizona Limited Liability Company; DOES I-X, unknown persons; and ROE Corporation I-X,<br><br>　　　　　Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. 2:20-cv-00671-JCM-NJK<br>Hon. James C. Mahan<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, the parties, by and through their respective counsel, stipulate and agree to extend the deadline for Plaintiffs to respond to Defendant's Motion for Summary Judgment to December 9, 2021. This is the first stipulation for extension of time to respond to the Motion for Summary Judgment on file.

| | |
|---|---|
| Dated this 29th of November, 2021.<br>RYAN ALEXANDER, CHTD.<br><br>/s/ RYAN ALEXANDER<br>Ryan Alexander, Esq.<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Suite 10<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiff*<br>*SHAUN GOODRICH* | Dated this 29th of November, 2021.<br>BROWNE GREEN, LLC<br>GIBSON ROBB & LINDH LLP<br>/s/ MARKER E. LOVELL, JR.<br>Byron F. Browne, Esq.<br>Nevada Bar No. 9769<br>Jared P. Green, Esq.<br>Nevada Bar No. 10059<br>Marker E. Lovell, Jr., Esq.<br>*Admitted Pro Hac Vice*<br>*Attorneys for Defendants/Cross Claimants/Cross-Defendants*<br>*CALLVILLE BAY RESORT & MARINA and FOREVER RESORTS, LLC* |

1

Dated this 29th of November, 2021.

HALL JAFFE & CLAYTON, LLP, et al.

/s/ RICHARD A. ENGLEMANN
Steven T. Jaffe, Esq.
Nevada Bar No. 7035
Richard A. Englemann, Esq.
Nevada Bar No. 6965
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
7425 Peak Drive Las Vegas, Nevada 89128
*Attorneys for Third-Party Defendant Matthias Horch*

**ORDER**

IT IS SO ORDERED.

DATED November 30, 2021

_____
UNITED STATES DISTRICT JUDGE

2