BYRON F. BROWNE, ESQ.
Nevada Bar No. 9769
JARED P. GREEN, ESQ.
Nevada Bar No. 10059
BROWNE GREEN, LLC
3755 Breakthrough Way, Suite 210
Las Vegas, NV 89135
Telephone/Facsimile: (702) 475-6454
*Byron@bgtriallawyers.com*
*Jared@bgthorchriallawyers.com*

MARKER E. LOVELL, JR., ESQ.
Admitted *Pro Hac Vice*
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:    (415) 348-6000
Facsimile:    (415) 348-6001
*mlovell@gibsonrobb.com*

Attorneys for Defendants/Cross-Claimants/
Cross-Defendants
CALLVILLE BAY RESORT & MARINA and
FOREVER RESORTS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN GOODRICH, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GRG ENTERPRISES, LLC, a Montana Limited Liability Company doing business as MACKENZIE RIVER; CALLVILLE BAY RESORT & MARINA, a Nevada Entity; FOREVER RESORTS LLC, an Arizona Limited Liability Company; DOES I-X, unknown persons; and ROE Corporation I-X,<br><br>    Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | CASE NO.  2:20-cv-00671-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

/ / /

/ / /

1  Pursuant to Local Rule IA 6-1, the parties, by and through their respective counsel,
2 stipulate and agree to extend the deadline for Defendants/Cross-Claimants/Cross-Defendants
3 CALLVILLE BAY RESORT & MARINA and FOREVER RESORTS, LLC to respond to Third-
4 Party Defendant MATTHIAS HORCH's Motion for Summary Judgment on Third-Party Plaintiff
5 Callville Bay Resort & Marine and Forever Resorts LLC's Third Party Complaint to January 25,
6 2022. This is the first stipulation for extension of time to respond to the Motion for Summary
7 Judgment on file.

DATED this 22nd day of December, 2021     GIBSON ROBB & LINDH LLP

/s/ Marker E. Lovell, Jr.
MARKER E. LOVELL, JR., ESQ.
Admitted *Pro Hac Vice*
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:    (415) 348-6000
Facsimile:    (415) 348-6001
*mlovell@gibsonrobb.com*

Attorneys for Defendants/Cross-Claimants/
Cross-Defendants
CALLVILLE BAY RESORT & MARINA and
FOREVER RESORTS, LLC

DATED this 22nd day of December, 2021     HALL JAFFE & CLAYTON, LLP, et al.

/s/ Richard A. Englemann
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
JONATHAN A. RICH, ESQ.
Nevada Bar No. 15312
7425 Peak Drive Las Vegas, Nevada 89128

Attorneys for Third-Party Defendant
MATTHIAS HORCH

///

///

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)
Case No. 2:20-cv-00671-JCM-NJK; Our File No. 8004.96

1  DATED this 22nd day of December, 2021     RYAN ALEXANDER, CHTD.

2
                                              /s/ Ryan Alexander
3                                             RYAN ALEXANDER, ESQ..
                                              Nevada Bar No. 10845
4                                             3017 West Charleston Blvd., Suite 10
                                              Las Vegas, Nevada 89102
5
                                              Attorneys for Plaintiff
6                                             SHAUN GOODRICH

7
                                              **ORDER**
8
   IT IS SO ORDERED.
9

10
   DATED  December 27, 2021.              _____
11                                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)
Case No. 2:20-cv-00671-JCM-NJK; Our File No. 8004.96

## CERTIFICATE OF SERVICE

The undersigned, an employee of GIBSON ROBB & LINDH LLP, hereby certifies that service of the foregoing document was served on the 22nd day of December 2021 via the Court's CM/ECF filing system addressed to all parties on the e-service list.

RYAN ALEXANDER
RYAN ALEXANDER CHTD.
Email: ryan@ryanalexander.us
      jennifer@ryanalexander.us

*Attorneys for Plaintiff*
**SHAUN GOODRICH**

STEVEN T. JAFFE
KEVIN S. SMITH
JONATHAN A. RICH
RICHARD ENGLEMANN
HALL JAFFE & CLAYTON, LLP
Email: sjaffe@lawhjc.com
      ksmith@lawhjc.com
      jrich@lawhjc.com
      renglemann@lawhjc.com
      LHolding@lawhjc.com
      srose@lawhjc.com

*Attorneys for Third-Party Defendant*
**MATTHIAS HORCH**

By /s/ Mayra Argueta
    Mayra Argueta, an Employee of
    GIBSON ROBB & LINDH LLP

4

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)
Case No. 2:20-cv-00671-JCM-NJK; Our File No. 8004.96