STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
renglemann@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Third-Party Defendant*
MATTHIAS HORCH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN GOODRICH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>GRG ENTERPRISES, LLC, a Montana Limited Liability Company doing business as MACKENZIE RIVER; CALLVILLE BAY RESORT & MARINE, a Nevada Entity; FOREVER RESORTS LLC, an Arizona Limited Liability Company; DOES I-X unknown persons; and ROE Corporation I-X<br><br>    Defendants<br><br>CALLVILLE BAY RESORT & MARINA; and FOREVER RESORTS, LLC,<br><br>    Third-Party Claimants,<br><br>vs.<br><br>MATTHIAS HORCH,<br><br>    Third-Party Defendant.<br><br>AND ALL RELATED CROSS-ACTIONS | CASE NO.  2:20-CV-00671-JCM-NJK<br><br>**STIPULATION AND ORDER TO VACATE HEARING AND TRIAL DATES AND ORDER SETTING STATUS CHECK REGARDING CLOSING DOCUMENTS** |

Plaintiff SHAUN GOODRICH, by and through is attorneys of record, and

Defendants/Third-Party Plaintiffs CALLVILLE BAY RESORT & MARINA; and FOREVER

1

SAO
2:20-CV-00671-JCM-NJK

RESORTS, LLC., and Third-Partty Defendant MATTHIAS HORCH, by and through their attorneys of record, hereby submit this joint stipulation and order to vacate all hearing dates, trial dates and to set a status check regarding closing documents; accordingly,

IT IS HEREBY STIPULATED AND AGREED that this matter resolved between all parties and all hearing dates, including motions for summary judgment, can be vacated; and

IT IS FURTHER STIPULATED that the Court set a Date and Time for a Status Check regarding the Closing documents, in no less than 45 days.

**IT IS SO STIPULATED.**

| DATED the 22nd day of February 2022 | DATED the 22nd day of February 2022 |
|---|---|
| HALL JAFFE & CLAYTON, LLP | RYAN ALEXANDER, CHTD. |
| /s/ Richard A. Englemann, Esq. | /s/ Ryan Alexander, Esq. |
| RICHARD A. ENGLEMANN, ESQ.<br>Nevada Bar No. 6965<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Third-Party Defendant Matthias Horch* | RYAN ALEXANDER, CHTD.<br>Nevada Bar No. 10845<br>3017 West Charleston Boulevard, Suite 10<br>Las Vegas, NV 89102<br>*Attorney for Plaintiff*<br>SHAUN GOODRICH |
| DATED the 22nd day of February 2022 | DATED the 22nd day of February 2022 |
| GIBSON ROBB & LINDH LLP | BROWNE GREEN, LLC |
| /s/ Marker E. Lovell, Jr.,, Esq. | /s/ Jared P. Green, Esq. |
| MARKER E. LOVELL, JR., ESQ.<br>Admitted Pro Hac Vice<br>1255 Powell Street<br>Emeryville, CA 94608<br>*Attorneys for Defendant/Third-Party Defendants*<br>*CALLVILLE BAY RESORT & MARINA and FOREVER RESORTS, LLC* | JARED P. GREEN, ESQ.<br>Nevada Bar No. 10059<br>3755 Breakthrough Way, Ste. 210<br>Las Vegas, NV 89135<br>*Attorneys for Defendant/Third-Party Defendants*<br>*CALLVILLE BAY RESORT & MARINA and FOREVER RESORTS, LLC* |

SAO
2:20-CV-00671-JCM-NJK

# ORDER

Based on the foregoing STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED that all hearing dates, including motions for summary judgment, are vacated; and

IT IS FURTHER ORDERED that a Status Report regarding the Closing Documents is due no later than 45 days from the date of this order.

Dated: February 18, 2022.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**HALL JAFFE & CLAYTON, LLP**

/s/ Richard A. Englemann, Esq.
_____
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Third Party Defendant Matthias Horch*

3

**Shayna Ortega-Rose**

---

| | |
|---|---|
| **From:** | Jared Green <jared@bgtriallawyers.com> |
| **Sent:** | Friday, February 18, 2022 8:40 AM |
| **To:** | Shayna Ortega-Rose; Richard Englemann; Marker Lovell |
| **Cc:** | ryan@ryanalexander.us; Noah Cicero; Shayna Ortega-Rose; Erika Parker |
| **Subject:** | Re: SAO to vacate hearing dates.  Goodrich v. Callville Bay and Callville Bay v. Horch |

Yes.

Get Outlook for iOS

---

**From:** Shayna Ortega-Rose <srose@lawhjc.com>
**Sent:** Friday, February 18, 2022 8:38:36 AM
**To:** Richard Englemann <Renglemann@lawhjc.com>; Marker Lovell <mlovell@gibsonrobb.com>; Jared Green <jared@bgtriallawyers.com>
**Cc:** ryan@ryanalexander.us <ryan@ryanalexander.us>; Noah Cicero <Ncicero@lawhjc.com>; Shayna Ortega-Rose <srose@lawhjc.com>; Erika Parker <eparker@lawhjc.com>
**Subject:** RE: SAO to vacate hearing dates. Goodrich v. Callville Bay and Callville Bay v. Horch

Thank you, Mr. Lovell and Mr. Alexander for approval for e-signature on the attached.
Mr.  Green do I have approval for your e-signature on the attached?
Thank you.

## Shayna Ortega-Rose | Legal Assistant
**Richard A. Englemann, Esq.**
**Jan K. Tomasik, Esq.**



**7425 Peak Drive**
**Las Vegas, NV 89128**
**Phone: 702.316.4111 x119**
**Fax: 702.316.4114**
Email: srose@lawhjc.com

The information contained in this email message is intended for the personal and confidential use of the intended recipient(s) only.  This message may be an attorney/client communication and, as such, is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding, or copying of this message is strictly prohibited.  If you have received this message in error, please notify us immediately by reply email or telephone and delete the original message and any attachments from your system.  Please note that nothing in the accompanying communication is intended to qualify as an "electronic signature."

---

**From:** Richard Englemann <Renglemann@lawhjc.com>
**Sent:** Thursday, February 17, 2022 1:50 PM
**To:** Marker Lovell <mlovell@gibsonrobb.com>; 'Jared@bgtriallawyers.com' <jared@bgtriallawyers.com>
**Cc:** ryan@ryanalexander.us; Shayna Ortega-Rose <srose@lawhjc.com>; Noah Cicero <Ncicero@lawhjc.com>
**Subject:** SAO to vacate hearing dates. Goodrich v. Callville Bay and Callville Bay v. Horch

Counsel, because of the motions for summary judgment and to keep the settlement on track, I like submitting a stipulation and order to the court to vacate all the hearing dates and to set the matter for a status check regarding the closing documents.

1

Please find attached the SAO. Please advise is we have your authorization to add your signature.

Sincerely,

## Richard A. Englemann, Esq.
**Of Counsel**
**HALL JAFFE & CLAYTON, LLP**



**7425 Peak Drive**
**Las Vegas, NV 89128**
**Phone: 702.316.4111 x125**
**Fax: 702.316.4114**
Email: Renglemann@lawhjc.com
The information contained in this email message is intended for the personal and confidential use of the intended recipient(s) only.  This message may be an attorney/client communication and, as such, is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding, or copying of this message is strictly prohibited.  If you received this message in error, please notify us immediately by reply email or telephone and delete the original message and any attachments from your system.  Please note that nothing in the accompanying communication is intended to qualify as an "electronic signature", unless specifically stated in the body of the email

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Shayna Ortega-Rose**

| | |
|---|---|
| **From:** | Marker Lovell <mlovell@gibsonrobb.com> |
| **Sent:** | Thursday, February 17, 2022 2:21 PM |
| **To:** | Richard Englemann; 'Jared@bgtriallawyers.com' |
| **Cc:** | ryan@ryanalexander.us; Shayna Ortega-Rose; Noah Cicero |
| **Subject:** | RE: [DKIM Permanent Error] SAO to vacate hearing dates. Goodrich v. Callville Bay and Callville Bay v. Horch |

Ok with us.

**From:** Richard Englemann <Renglemann@lawhjc.com>
**Sent:** Thursday, February 17, 2022 1:50 PM
**To:** Marker Lovell <mlovell@gibsonrobb.com>; 'Jared@bgtriallawyers.com' <jared@bgtriallawyers.com>
**Cc:** ryan@ryanalexander.us; Shayna Ortega-Rose <srose@lawhjc.com>; Noah Cicero <Ncicero@lawhjc.com>
**Subject:** SAO to vacate hearing dates. Goodrich v. Callville Bay and Callville Bay v. Horch

Counsel, because of the motions for summary judgment and to keep the settlement on track, I like submitting a stipulation and order to the court to vacate all the hearing dates and to set the matter for a status check regarding the closing documents.

Please find attached the SAO. Please advise is we have your authorization to add your signature.

Sincerely,

# Richard A. Englemann, Esq.
**Of Counsel**
**HALL JAFFE & CLAYTON, LLP**



**7425 Peak Drive**
**Las Vegas, NV 89128**
**Phone: 702.316.4111 x125**
**Fax: 702.316.4114**
Email: Renglemann@lawhjc.com

The information contained in this email message is intended for the personal and confidential use of the intended recipient(s) only. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding, or copying of this message is strictly prohibited. If you received this message in error, please notify us immediately by reply email or telephone and delete the original message and any attachments from your system. Please note that nothing in the accompanying communication is intended to qualify as an "electronic signature", unless specifically stated in the body of the email

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

## Shayna Ortega-Rose

| | |
|---|---|
| **From:** | Ryan Alexander <ryan@ryanalexander.us> |
| **Sent:** | Thursday, February 17, 2022 1:59 PM |
| **To:** | Richard Englemann |
| **Cc:** | Jared@bgtriallawyers.com; Jennifer Lee; Marker Lovell; Noah Cicero; Shayna Ortega-Rose |
| **Subject:** | Re: SAO to vacate hearing dates. Goodrich v. Callville Bay and Callville Bay v. Horch |

Thank you Richard, you may e sign for me.

Ryan

On Thu, Feb 17, 2022 at 1:50 PM Richard Englemann <Renglemann@lawhjc.com> wrote:

> Counsel, because of the motions for summary judgment and to keep the settlement on track, I like submitting a stipulation and order to the court to vacate all the hearing dates and to set the matter for a status check regarding the closing documents.
>
> Please find attached the SAO. Please advise is we have your authorization to add your signature.
>
> **Sincerely,**
>
> # Richard A. Englemann, Esq.
>
> **Of Counsel**
>
> **HALL JAFFE & CLAYTON, LLP**
>
> 
>
> **7425 Peak Drive**
>
> **Las Vegas, NV 89128**
>
> Phone: 702.316.4111 x125
>
> Fax: 702.316.4114
>
> Email: Renglemann@lawhjc.com

1