BYRON F. BROWNE, ESQ.
Nevada Bar No. 9769
JARED P. GREEN, ESQ.
Nevada Bar No. 10059
BROWNE GREEN, LLC
3755 Breakthrough Way, Suite 210
Las Vegas, NV 89135
Telephone/Facsimile: (702) 475-6454
*Byron@bgtriallawyers.com*
*Jared@bgthorchriallawyers.com*

MARKER E. LOVELL, JR., ESQ.
Admitted *Pro Hac Vice*
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:      (415) 348-6000
Facsimile:       (415) 348-6001
*mlovell@gibsonrobb.com*

Attorneys for Defendants/Cross-Claimants/
Cross-Defendants
CALLVILLE BAY RESORT & MARINA and
FOREVER RESORTS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN GOODRICH, an Individual,<br><br>        Plaintiff,<br><br>    v.<br><br>GRG ENTERPRISES, LLC, a Montana Limited Liability Company doing business as MACKENZIE RIVER; CALLVILLE BAY RESORT & MARINA, a Nevada Entity; FOREVER RESORTS LLC, an Arizona Limited Liability Company; DOES I-X, unknown persons; and ROE Corporation I-X,<br><br>        Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | CASE NO.  2:20-cv-00671-JCM-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41** |

/ / /

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiff SHAUN GOODRICH, Defendants/Cross-Claimants/Cross-Defendants CALLVILLE BAY RESORT & MARINA and FOREVER RESORTS, LLC, and Third-Party Defendant MATTHIAS HORCH, through their respective and duly authorized counsel, hereby agree and stipulate to the dismissal with prejudice of this action, including all pleadings and all claims, cross-claims, and third-party claims herein, under the authority of Fed. R. Civ. Proc. 41(a)(1). All parties shall bear their own fees and costs.

Pursuant to LR IC 5-1(d), Marker E. Lovell, Jr., counsel for Defendants, hereby attests that concurrence in the filing of the document has been obtained by each Signatory below.

DATED this 5th day of May, 2022              GIBSON ROBB & LINDH LLP


/s/ MARKER E. LOVELL, JR.
MARKER E. LOVELL, JR., ESQ.
Admitted *Pro Hac Vice*
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:    (415) 348-6000
Facsimile:    (415) 348-6001
mlovell@gibsonrobb.com

Attorneys for Defendants/Cross-Claimants/
Cross-Defendants
CALLVILLE BAY RESORT & MARINA and
FOREVER RESORTS, LLC

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED this 5th day of May, 2022 | HALL JAFFE & CLAYTON, LLP, et al. |

/s/ RICHARD A. ENGLEMANN
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
JONATHAN A. RICH, ESQ.
Nevada Bar No. 15312
7425 Peak Drive Las Vegas, Nevada 89128

Attorneys for Third-Party Defendant
MATTHIAS HORCH

DATED this 5th day of May, 2022    RYAN ALEXANDER, CHTD.

/s/ RYAN ALEXANDER
RYAN ALEXANDER, ESQ..
Nevada Bar No. 10845
3017 West Charleston Blvd., Suite 10
Las Vegas, Nevada 89102

Attorneys for Plaintiff
SHAUN GOODRICH

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: May 10, 2022

# CERTIFICATE OF SERVICE

The undersigned, an employee of GIBSON ROBB & LINDH LLP, hereby certifies that service of the foregoing document was served on the 5th day of May 2022 via the Court's CM/ECF filing system addressed to all parties on the e-service list.

RYAN ALEXANDER
RYAN ALEXANDER CHTD.
Email: ryan@ryanalexander.us
       jennifer@ryanalexander.us

*Attorneys for Plaintiff*
**SHAUN GOODRICH**

STEVEN T. JAFFE
KEVIN S. SMITH
JONATHAN A. RICH
RICHARD ENGLEMANN
HALL JAFFE & CLAYTON, LLP
Email: sjaffe@lawhjc.com
       ksmith@lawhjc.com
       jrich@lawhjc.com
       renglemann@lawhjc.com
       LHolding@lawhjc.com
       srose@lawhjc.com

*Attorneys for Third-Party Defendant*
**MATTHIAS HORCH**

By /s/ CARRIE LINDH
    Carrie Lindh, an Employee of
    GIBSON ROBB & LINDH LLP